1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff
   Oscar Flores

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  OSCAR FLORES,                    )  No. 1:15-cv-01401-MCE-SKO
                                     )
12              Plaintiff,           )  **STIPULATION GRANTING PLAINTIFF**
                                     )  **LEAVE TO FILE FIRST AMENDED**
13        vs.                        )  **COMPLAINT; ORDER**
                                     )
14                                   )
    ROBERTO DELGADILLO dba BOB'S     )
15  BARBER SHOP, et al.,             )
                                     )
16              Defendants.          )
                                     )
17  _____)

18

19        **WHEREAS,** Plaintiff, Oscar Flores ("Plaintiff"), seeks to amend his complaint to

20  allege additional barriers relating to his disability which were identified at the site inspection of

21  the subject property conducted on April 11, 2016, as permitted by *Chapman v. Pier 1 Imports*

22  *(U.S.), Inc.*, 631 F.3d 939, 944 (9th Cir. 2011), and required by *Oliver v. Ralphs Grocery Co.*,

23  654 F.3d 903, 909 (9th Cir. 2011);

24        **WHEREAS,** Plaintiff has not unduly delayed the amendment, does not bring it in bad

25  faith, the amendment is not futile, and such amendment does not prejudice Defendants,

26  Roberto Delgadillo dba Bob's Barber Shop, Jimmy D. Trujillo, and Juanita A. Trujillo

27  (collectively "Defendants"), nor does the amendment in any way change the nature of the

28  action;

1    **WHEREAS**, the amendment will not modify any date or deadline fixed by the Court's

2    Pretrial Scheduling Order dated March 8, 2016 (Dkt. 23) pursuant to Fed. R. Civ. P. 16(b)(4);

3    **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and

4    Defendants, the parties hereto, through their respective attorneys of record, that Plaintiff may

5    file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

6    **IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint

7    within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'

8    response thereto shall be filed within fourteen (14) days after the First Amended Complaint is

9    filed.

10   **IT IS SO STIPULATED**.

11

12   Dated: June 21, 2016                    MOORE LAW FIRM, P.C.

13

14                                           _/s/ Tanya E. Moore_____
                                             Tanya E. Moore

15                                           Attorney for Plaintiff,
                                             Oscar Flores

16

17   Dated: June 6, 2016                     PHILLIPS MUNOZ LAW

18

19                                           _/s/ Kathleen M. Phillips_____
                                             Kathleen M. Phillips

20                                           Attorneys for Defendants,
                                             Roberto Delgadillo dba Bob's Barber Shop, Jimmy

21                                           D. Trujillo, and Juanita A. Trujillo

22

23

24

25

26

27

28

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT;
ORDER

1

## **ORDER**

2

3
    Pursuant to the above stipulation, and with good cause having been shown as required by the Court's Pretrial Scheduling Order entered March 8, 2016 (Doc. 23),

4

5
    **IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

6

7

8
    **IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

9

10
IT IS SO ORDERED.

11

12
Dated:   **June 23, 2016**                    /s/ *Sheila K. Oberto*

13
                                    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28