Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Oscar Flores

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR FLORES,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERTO DELGADILLO dba BOB'S BARBER SHOP, et al.,<br><br>    Defendants. | No.  1:15-cv-01401-MCE-SKO<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

The parties having so stipulated and good cause appearing, it is hereby ordered that this action is DISMISSED with prejudice as to Defendants Roberto Delgadillo dba Bob's Barber Shop; Jimmy D. Trujillo; and Juanita A. Trujillo. Each party shall bear its own attorney's fees and costs, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  July 14, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE